No. 03–10671. MAXWELL v. CRIST, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10672. THIER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–10673. THOMPSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–10674. BEAR v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10675. ALLEN v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 03–10676. LEATHERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10677. KINCY v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10678. BEATON-PAEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10679. MILLER v. SUPREME COURT OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 03–10680. ALLEN v. ALLEN. Family Ct. Cabell County, W. Va. Certiorari denied.

No. 03–10681. COLLINS v. BUDGE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10682. WALKER v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–10683. IN SOO CHUN v. BUSH, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10684. CANELA-NARANJO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.